**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| Janet Madden as Power of Attorney for Leonard Horcher, incapacitated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:23-cv-00223 |
| v. | ) ) ) | |
| Berea Healthcare, LLC a/k/a Berea Health and Rehabilitation, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT BENT PHILIPSON**
**CR 7.1(A)(2) DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant Bent Philipson declares that he is a citizen of the state of New York.

        Respectfully Submitted,
        **DZENITIS NEWMAN, PLLC**

        */s/ Rebecca R. Schafer*
        Emily W. Newman
        Paul A. Dzenitis
        Rebecca R. Schafer
        Dzenitis Newman, PLLC
        8006 Lyndon Centre Way
        Louisville, Kentucky 40222
        Telephone: (502) 614-8485
        Facsimile: (502) 614-8486
        Email: pdzenitis@dznlaw.com
                enewman@dznlaw.com
                rschafer@dznlaw.com
        ***Counsel for Defendants***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of July 2023, a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, upon the following:

Hannah R. Jamison, Esq.
CIRCEO LAW FIRM, P.S.C.
P.O. Box 1807
Lexington, KY 40507
Phone:  859-577-8993
hannah@circeolawfirm.com
***Counsel for Plaintiff***

                                  */s/ Rebecca R. Schafer*
                                  ***Counsel for Defendants***