UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JANET MADDEN, as Power of Attorney for Leonard Horcher, incapacitated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 23-223-DCR |
| V. | ) ) ) | |
| BEREA HEALTHCARE, LLC, et al., | ) ) | **MEMORANDUM ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Janet Madden, holding power of attorney for Leonard Horcher, filed this medical negligence action against Defendants Berea Healthcare, LLC ("Berea Healthcare") and Pamela Brooks in her capacity as administrator of Berea Healthcare, among others, on May 22, 2023, in Madison Circuit Court. [Record Nos. 1-2] The case was removed to this Court on July 21, 2023, based on diversity jurisdiction, despite the fact that at least one defendant is a citizen of the forum state. [Record No. 1] The plaintiff has filed a motion for leave to amend her complaint to remove Brooks as a defendant and join Leslee Kathlina, an individual she has determined served as the administrator at the time the alleged negligence occurred. [Record No. 13] But Kathlina also is a forum state citizen. [*Id.*]

The forum defendant rule, which is likely applicable here, provides that a civil action otherwise removeable solely on the basis of complete diversity under § 1441(a) "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b)(2). Thus, the presence of

even one resident defendant precludes removal where the only asserted basis of federal subject matter jurisdiction is diversity of citizenship. *See Chase Manhattan Mort. Corp. v. Smith*, 507 F.3d 910, 914 (6th Cir. 2007). According, it is hereby

**ORDERED** that the parties are directed to **SHOW CAUSE** within ten days why this action should not be remanded for lack of subject matter jurisdiction.

Dated: November 28, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky